UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OSUNTOKA SMITH,

    Plaintiff,

v.

VINCENT BISKUPIC, HEAD NURSE BEAUVAIS, LT VERHANE, LT WEIRTZ, CO LYN, CO GALANT, SGT WILSON, SGT ROSENTHAL, SGT SCHOOL, DARYL LAATSCH, MATT KHOL, DT BARTOLAZZI, MAINTENANCE, JULIE JUQUAIN, HEATHER KAVENAUE, SGT MCVEY,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-0397-bhl

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court.** This case came before the court and the court has rendered a decision.

PURSUANT TO THE COURT'S ORDER, the action is dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim, as frivolous, and as malicious; and the plaintiff shall recover nothing on the complaint.

    Approved:     s/ *Brett H. Ludwig*
                             BRETT H. LUDWIG
                             United States District Judge

Dated: June 8, 2021

                             GINA M. COLLETTI
                             Clerk of Court

                             s/ *Kristine B.*
                             (By) Deputy Clerk